*Xequel Bio, Inc. f/k/a FirstString Research, Inc., v. Regranion, LLC, et al.*
Case No.: 21-CV-03619-BHH (D.S.C.)

*EXHIBITS TO DEFENDANTS/COUNTERCLAIMANTS' MEMORANDUM IN OPPOSITION TO FIRSTSTRING'S MOTION FOR PARTIAL SUMMARY JUDGMENT*

# Exhibit GG

# Excerpt from Xequel Option Ledger

*(Submitted Pursuant to Defendants' Accompanying Motion to Seal)*