# EXHIBIT TO DEFENDANTS/COUNTERCLAIMANTS' REPLY BRIEF

## EXHIBIT E

Capitalization Table

(Submitted Pursuant to Defendants' Accompanying Motion to Seal)